# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| **SENECA LYNERE MATHEWS**<br>**ADC #140780** | **PLAINTIFF** |
| v.   No. 5:13-cv-395-DPM | |
| DONNY FORD, Sheriff, Fordyce County Jail; DARRELL SPELLS, Director, 13th Judicial District Drug Task Force; THOMAS G. FORD, Parole Officer, Fordyce County Jail; BRYCE BOROUGHS, Parole Officer, Camden Parole Office; and MARSHANA ARCHER, Parole Officer, Dallas County Detention Center | **DEFENDANTS** |

## JUDGMENT

Mathews's entrapment claim against Spells is dismissed without prejudice. His wrongful-arrest claim against Donny Ford is dismissed with prejudice. The wrongful-search claim against Donny Ford, Thomas Ford, Boroughs, and Archer is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 August 2014

-1-